**STUCKEY, Plaintiff-Appellee, v. JACOB, Defendant-Appellant.**

Ohio Appeals, Second District, Madison County.

No. 164.   Decided September 4, 1948.

Frank J. Murray, London, for plaintiff-appellee and for the motion.

Thomas W. Applegate, for defendant-appellant and contra the motion.

## OPINION

By THE COURT:

Submitted on motion of plaintiff-appellee to dismiss the appeal for the reason that it is from an order overruling a motion to quash service of summons, and such is not a final order from which an appeal will lie.

This is not an open question in this Court, having been decided by **Sherwood v. Sherwood, 66 Oh Ap 183, 19 O. O. 82, 32 N. E. (2d) 563.** Other Appellate Courts in the state have held to like effect in the cases cited by appellee,

**Wolf v. W. & S. Life Insurance Company, 59 Oh Ap 238, 12 O. O. 483, 17 N. E. (2d) 438; Tonio v. Lett & Co., etc., 65 Oh Ap 304, 18 O. O. 477, 29 N. E. (2d) 814; Hoffman v. Johnson, 68 Oh Ap 20, 22 O. O. 68, 36 N. E. (2d) 184.**

The motion will be sustained.

WISEMAN, PJ, MILLER and HORNBECK, JJ, concur.